**DISMISS; Opinion Filed October 17, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01261-CV

### IN THE INTEREST OF S.M.B, A CHILD

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51444-2008**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Myers
Opinion Per Curiam

The Court has before it appellant's October 14, 2013 motion to dismiss. We **GRANT** the

motion and **DISMISS** this appeal. We **DIRECT** the Clerk of the Court to transfer the reporter's

record and exhibits filed in this case to cause number 05-13-01228-CV, *In re Bergenholtz*, and to

place those documents under seal.



PER CURIAM

131261F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.M.B, A CHILD

No. 05-13-01261-CV

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-51444-2008.
Opinion delivered Per Curiam. Justices FitzGerald, Francis and Myers sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that appellee recover her costs of this appeal from appellant.


Judgment entered this 17th day of October, 2013.


/Lana Myers/
LANA MYERS
JUSTICE